# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| Plaintiff, | ) | **FOR REVOCATION OF SUPERVISED** |
| | ) | **RELEASE** |
| vs. | ) | |
| | ) | |
| Thomas Blackhawk, | ) | |
| | ) | Case No. 1:12-cr-063 |
| Defendant. | ) | |

On September 17, 2013, the court held a hearing on a petition for revocation of defendant's supervised release issued on September 16, 2013. At the hearing, the Government made an oral motion to dismiss the petition. The court **GRANTS** the motion and **ORDERS** the Petition for Revocation of Supervised Release (Docket No. 34) dismissed without prejudice. Defendant's existing conditions of supervised release remain in effect.

**IT IS SO ORDERED.**

Dated this 17th day of September, 2013.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court